UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DILENIA PAGUADA, *individually and on behalf of all others similarly situated*,

                                Plaintiff,

              -v-

APR US INC.,

                              Defendant.
------------------------------------------------------------------X

22-CV-1836 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 7, 2022 Order, ECF No. 5, Plaintiff was required to file a letter, the contents of which are described therein, no later than 100 days from the date of that Order. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **July 5, 2022**.

      SO ORDERED.

Dated: June 27, 2022
       New York, New York

                                                    JESSE M. FURMAN
                                             United States District Judge