UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| DILENIA PAGUADA, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-01836-JMF |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| APR US INC, | |
| Defendant. | |

------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dilenia Paguada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant APR US Inc.

DATED:  September 15, 2022        **MIZRAHI KROUB LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ Edward Y. Kroub
　　　　　　　　　　　　　　　　　　　　EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*